| | | | |
|---|---|---|---|
| AUSA: | DePorre | Telephone: | (810) 766-5177 |
| Special Agent: | Bowling, ATF | Telephone: | (810) 341-5710 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Kesean Wardell Mcintyre &
Deveontay Rodney Edreece Harden

Case No.   Case: 2:25−mj−30036
Assigned To : Unassigned
Assign. Date : 1/31/2025
Description: USA V. MCINTYRE ET AL (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 28, 2025__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2114(a) | Assault with the intent to rob any person in possession of mail, money, or other property of the United States |
| 18 U.S.C. § 924(c) | Using, Carrying, Possessing, and Brandishing of a Firearm, During, in Relation to, and in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:

That on or about January 28, 2025, Kesean McIntyre and Deveontay Harden assaulted with the intent to rob undercover detectives of United States property, in violation of Title 18 USC § 2114 (a) - assault with the intent to rob any person in possession of mail, money, or other property of the United States, and Title 18 USC § 924 (c) - Using, Carrying, Possessing, and Brandishing of a Firearm, During, in Relation to, and in Furtherance of a Crime of Violence.

☑ Continued on the attached sheet.

_Complainant's signature_

Daniel Bowling, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 31, 2025

_Judge's signature_

City and state:  Detroit, MI

Kimberly G. Altman United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF AN APPLICATION
# FOR A CRIMINAL COMPLAINT

I, Daniel Bowling, a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, hereby declare and state:

1. I am a Special Agent with ATF and am currently assigned to the Detroit Field Division, Flint Field Office. I have been employed by the ATF since July 26, 2015. I completed Special Agent Basic Training and Criminal Investigative Training at the Federal Law Enforcement Training Center. I was previously employed as a Police Officer with the Metropolitan Nashville Police Department in Nashville, Tennessee from March of 2008 through May of 2015. During my time there, I was assigned to the Gang Unit from August of 2012 until May of 2015. I have testified in various state and federal court proceedings. I have investigated numerous armed robberies and as well as countless federal firearm offenses.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Kesean McIntyre (xx/xx/2001) and Deveontay Harden (xx/xx/2004).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested criminal

complaint and arrest warrant. Thus, this affidavit does not set forth all my knowledge of this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. Based on the facts set forth in this affidavit, there is probable cause that on January 28, 2025, in the Eastern District of Michigan, McIntyre and Harden assaulted a person in possession of money of the United States with the intent to rob the person of money of the United States, and in doing so put the person's life in jeopardy by the use of a dangerous weapon, all in violation of 18 U.S.C. § 2114(a); and McIntyre and Harden used and carried a firearm during and in relation to a crime of violence, and a firearm was brandished, all in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## PROBABLE CAUSE

5. On January 28, 2025, detectives assigned to the Flint Area Narcotics Group (FANG) (hereinafter UC #1 and UC #2) conducted an undercover operation in Flint, Michigan, with the goal of the operation being to purchase two firearms from an unidentified male. Detectives identified a Facebook account of "Luh Fu" selling a Glock handgun. The undercover detectives engaged in conversation with the user of the Facebook account in an effort to purchase the firearm. Detectives later identified the user of the account as Harden.

2

6.      Detectives agreed to meet Harden at a location in Flint, Michigan, to purchase the Glock handgun for $450. Harden and McIntyre arrived at the deal location on foot. Harden approached the UC vehicle (UCV) and was allowed into the front passenger seat of the UCV by UC #2.

7.      UC #1 asked Harden about the previously discussed firearm and if Harden had it, to which Harden affirmed and showed UC #1 a Glock magazine. Harden placed the magazine in the cup holder near the center console. UC #1 asked Harden several times to see the Glock handgun that was previously discussed. Harden asked to hold the agent cashier funds, or buy money, before he (Harden) showed UC #1 the firearm. The parties engaged in a back-and-forth conversation during which time Harden kept looking at McIntyre, who was standing away from the UCV.

8.      At this time, McIntyre approached UC #2. McIntyre pulled a teal in color handgun from his right coat pocket, pointed it at UC #2 while stating, "Imma need you to empty yo pockets." At this time, UC #2 possessed $500 of ATF-provided agent cashier funds/buy money in the center console of the UCV. The parties engaged in a brief struggle, during which time the firearm in McIntyre's possession was pointed at UC #2.

9.      During this time, Harden reach for the center console of the UCV where the buy money was located. Harden's right hand went to his jacket pocket in an

effort to retrieve something. UC #1 and Harden engage in a physical struggle inside the UCV.

10. UC #2 and McIntyre separated at which time UC #2 gained distance between himself and McIntyre. UC #2 observed McIntyre approach the drivers' door of the UCV and attempt to open it while holding the firearm in his hand. UC #2 yelled "police" at which time McIntyre fled on foot. Nearby law enforcement responded, and with the assistance of UC #1 and UC #2, police took Harden into custody. Law enforcement chased McIntyre and arrested him. Near the area where police arrested McIntyre, a police officer found a teal Ruger EC9S semi-automatic pistol bearing serial number #46141719, containing a loaded magazine with one live round in the chamber. Harden and McIntyre were transported and booked at the Genessee County Sheriff's Office.

11. On January 31, 2025, I along with ATF Special Agent Nathan Sutara conducted custodial recorded interviews with both McIntyre and Harden.

    a. During the recorded interview of McIntyre, agents read McIntyre his Miranda rights and waiver from ATF Form 3200.4. McIntyre agreed to speak to agents and signed the wavier form. During the interview, McIntyre made various claims, but admitted that he "took" his mother's pistol from her bedroom drawer.

b. During the recorded interview of Harden, agents read Harden his Miranda rights and waiver from ATF Form 3200.4. Harden agreed to speak to agents and signed the wavier form. During the interview, Harden stated that himself and his cousin (McIntyre) posted a message on his Facebook Messenger indicating two firearms for sale. Harden stated that McIntyre then engaged in conversation with the detective who was attempting to purchase the firearms. Harden stated that he was in possession of a magazine and a box of bullets, and that McIntyre was in possession of "his mom's licensed gun." Harden stated that he never had a gun. Harden stated that "the intention was literally to rob them for their money." Harden stated that as he and McIntyre approached the deal location, McIntyre stated to Hardin, "Oh this that." Harden admitted that he understood this to mean they (Harden and McIntyre) were going to rob the undercover detectives. Harden stated that McIntyre told Harden to make the Facebook post, which was from Harden's account, and that McIntyre told him (Harden) to make the post so they could rob whoever showed up to buy the firearm. Hardin stated that he was with McIntyre on one other occasion approximately two years ago where McIntyre and McIntyre's associates robbed an individual in a similar fashion.

12. Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause that on January 28, 2025, in the Easter District of Michigan, McIntyre and Harden assaulted a person in possession of money of the United States with the intent to rob money, and in doing so put the person's life in jeopardy by the use of a dangerous weapon all in violation of 18 U.S.C. § 2114(a); and McIntyre and Harden used and carried a firearm during an in relation to a crime of violence, and a firearm was brandished in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

_____
Daniel Bowling, Special Agent
ATF

Sworn to before me and signed in my presence and/or by reliable electronic means on the 31st day of January, 2025.

_____
Hon. Kimberly G. Altman
United States Magistrate Judge